IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PATRICK L. JOHNSON,

    Plaintiff,

v.                                        CASE NO. 4:04cv394-RH/WCS

PUBLIX SUPER MARKETS, INC.,

    Defendant.

_____/

**ORDER GRANTING LEAVE TO FILE**
**ADDITIONAL SUMMARY JUDGMENT MATERIALS**

This matter came on for hearing on June 14, 2005, on defendant's motion for summary judgment. Plaintiff made an extended statement in opposition to summary judgment. In order to give plaintiff an opportunity to submit materials of a type properly considered with respect to a motion for summary judgment, and in order to give defendant an opportunity to respond to assertions made by plaintiff that may be supported by any such materials submitted by plaintiff, each side was granted leave to file further materials. This order confirms the schedule as announced on the record of the hearing.

Plaintiff, who is proceeding pro se, is advised that evidentiary materials that would be acceptable in opposition to the motion for summary judgment include sworn affidavits or declarations, sworn documents, or other evidence of the type described in Federal Rule of Civil Procedure 56(e). Sworn affidavits or declarations must be based on personal knowledge, set forth facts that would be admissible into evidence, and affirmatively show that the declarant is competent to testify to the matters stated in the declaration. As an example, plaintiff may submit his own declaration, signed "under penalty of perjury," setting forth facts of which he has personal knowledge, that is, things plaintiff saw or heard himself. If plaintiff includes in any such declaration statements of others, plaintiff must identify the speaker and provide the circumstances under which the statement was made with sufficient specificity to allow the court to determine whether plaintiff's testimony regarding the statement would be admissible in evidence.

So that both sides may have an adequate opportunity to submit any evidence properly considered with respect to the pending motion for summary judgment,

IT IS ORDERED:

1. Each side may file by June 21, 2005, evidentiary materials for consideration in connection with defendant's pending motion for summary judgment. Each side may file by June 28, 2005, additional evidentiary materials

solely in response to any materials filed by the other side pursuant to this order. The motion for summary judgment will be taken under advisement at the close of business on June 28, 2005, and a ruling will be entered without a further hearing.

    2.  The trial is continued and will be rescheduled if and only if the motion for summary judgment is denied.

    SO ORDERED this 14th day of June, 2005.

                                  s/Robert L. Hinkle
                                  Chief United States District Judge